AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Robyn Argote-Brooks<br><br>*Defendant(s)* | Case No. SA-26-MJ-50 |

**FILED**
January 14, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CM_____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 13, 2026 in the county of Bexar in the
Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Destruction of Government Property<br>PENALTIES: Up to 10 Years Imprisonment, $250,000 Fine, 3 Years Supervised Release, and $100 Mandatory Special Assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*

Ruben Rios, ICE Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: January 14, 2026

*Judge's signature*

City and state: San Antonio, Texas  Honorable Richard B. Farrer, U.S. Magistrate Judge
*Printed name and title*

<u>AFFIDAVIT</u>

My name is Ruben J. Rios, and I am a Deportation Officer with Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations ("ERO"), with whom I have been employed since October 15, 2007. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On January 13, 2026, Officers with Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) were conducting law enforcement operations in San Antonio, Texas, which lies in the Western District of Texas.

An ICE/ERO officer conducted records checks on Texas license plate VVP5889. The vehicle owner registration results returned without a social security number, a driver's license, or date of birth. The results revealed that the registered owner is named Robyn ARGOTE-Brooks. ICE/ERO Officers used this information to initiate a causal encounter with the driver. The ICE/ERO officer approached the vehicle and identified himself as an immigration officer to the driver and requested his identification. The driver provided his limited term Texas driver's license showing the name Robyn ARGOTE-Brooks with date of birth, XX/XX/2000.

ICE/ERO officers investigated whether ARGOTE had permission to be in the United States. Record checks that were conducted by using immigration databases revealed that ARGOTE is a native and citizen of Cuba who was admitted into the United States at the Laredo, Texas Port of Entry on October 11, 2024. Customs and Border Protection (CBP) issued ARGOTE a Notice to Appear and paroled him into the United States to await an immigration hearing. The Department of Homeland Security terminated the Parole on April 18, 2025.

ICE/ERO officers decided to apprehend ARGOTE and place him in ICE custody so that an Immigration Judge can review his case. As the ICE/ERO officers reapproached the vehicle, ARGOTE rolled up his window and refused to come out. ARGOTE turned on the ignition and drove his car in reverse causing ICE/ERO officers to jump out of the way of the moving vehicle. ARGOTE crashed into a government owned vehicle causing damage. ARGOTE then drove forward and crashed into another government owned vehicle that was positioned in front of his car. ICE/ERO officers commanded ARGOTE to turn off his vehicle to which he placed it in park. ICE/ERO officers extracted ARGOTE from his vehicle and placed him under arrest. ARGOTE was then transferred to The San Antonio ICE/ERO office for processing. The estimated cost to repair one of the vehicles is $4,847.19.

Based on the foregoing facts, there is probable cause to believe that AGOTE intentionally damaged government property in violation of Title 18 United States Code, Section 1361.

_____
Ruben J. Rios
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the __14th__ day of January 2026.

_____
HONORABLE RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE