# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | SA:26-M -00050(1)-JKP |
| § | |
| (1) ROBYN ARGOTE-BROOKS § | |

## ORDER *SETTING DE NOVO DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DE NOVO DETENTION HEARING** in Courtroom B, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Thursday, January 29, 2026 at 10:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 23rd day of January, 2026.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE

(dkt. 11)